73 A.3d 508

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL SUMULIKOSKI, DEFENDANT–MOVANT.

STATE OF NEW JERSEY, PLAINTIFF,
v. ARTUR SOPEL, DEFENDANT.

September 10, 2013.

It is ORDERED that the motion for leave to appeal is granted.